# IN THE SUPREME COURT OF THE STATE OF NEVADA

SIMPLICITY LASER OF LAS VEGAS, LLC, A UTAH CORPORATION; AND ANDREA FONG, M.D.,

               Appellants,

vs.

JENNIFER THOMPSON; AN INDIVIDUAL,

               Respondent.

No. 73065

**FILED**

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Kenneth C. Cory, District Judge
       Thomas J. Tanksley, Settlement Judge
       Snell & Wilmer, LLP/Las Vegas
       Edward J. Achrem & Associates
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-35480